UNITED STATED BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re:

EAST END DEVELOPMENT, LLC,

        Debtor.

Chapter 11
Case No. 12-76181-REG

------------------------------------------------------------------x
POST-EFFECTIVE DATE COMMITTEE OF THE
ESTATE OF EAST END DEVELOPMENT, LLC,

        Plaintiff,

        -against-

Adv. Pro. No. 13-08081-REG

AMALGAMATED BANK, as Trustee of Longview Ultra Construction Loan Investment Fund f/k/a Longview Ultra I Construction Loan Investment Fund,

        Defendant.
------------------------------------------------------------------x

## **STIPULATED PRETRIAL SCHEDULING ORDER**

**IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES:**

    1.    The Parties shall serve initial disclosures pursuant to Federal Rule of Civil Procedure 26 on or before January 31, 2014.

    2.    The Parties shall serve requests for production of documents on or before January 31, 2014.

    3.    All party depositions shall be completed by March 21, 2014.

    4.    Expert discovery shall be completed on or before April 18, 2014.

    5.    All non-party depositions shall be completed by April 18, 2014.

    6.    Discovery shall be complete on or before May 16, 2014.

    7.    Any dispositive motions shall be filed on or before June 13, 2014 or the relief sought in such motions shall be deemed to have been waived.

8.    Any motions to amend the pleadings or to join other parties shall be filed on or before April 30, 2014.

9.    A final pretrial conference will be held on _____, 2014 at 1:30 p.m. in Courtroom 860, United States Bankruptcy Court, Central Islip, New York. In the event a dispositive motion is filed, the Court will adjourn the pretrial conference to the date of such hearing. At the final pretrial conference, the Court will issue a Final Pretrial Order scheduling the deadline for filing a joint pretrial memorandum and scheduling a trial date.

| | |
|---|---|
| Dated: January 27, 2014<br>　　　　Wantagh, New York | Dated: January 27, 2014<br>　　　　Uniondale, New York |
| **LaMonica Herbst & Maniscalco, LLP**<br>Attorneys for Plaintiff | **Westerman Ball Ederer Miller & Sharfstein, LLP**<br>Attorneys for Defendant |
| *s/ Joseph S. Maniscalco*<br>Joseph S. Maniscalco, Esq.<br>A Member of the Firm<br>3305 Jerusalem Avenue, Suite 201<br>Wantagh, New York 11793<br>(516) 826-6500 | *s/ Philip J. Campisi*<br>Philip J. Campisi, Esq.<br>1201 RXR Plaza<br>Uniondale, New York 11556<br>(516) 622-9200 |

**IT IS SO ORDERED:**